Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona ~~District of _____~~

_____ Division

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 22 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Francisco J. VAlenzuelA

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Pascua Yaqui Tribe of
Arizona. 7474 S. Camino
~~De este~~ Di ceste
_Defendant(s)_ Tucson, AZ 85746
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV-21-476-TUC-MSA
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Francisco J. VAlenzuelA
   Street Address: 521 So. 6th AvE ~~Tucson, AZ~~
   City and County: Tucson, AZ 85701 (Pima)
   State and Zip Code:
   Telephone Number: (520) 912-7874  520 719-7257
   E-mail Address: frankv23420@gmail.com    my mother and father cell #

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1
  Name: Pascua Yaqui Tribe of AZ
  Job or Title (if known): Housing Dept. Procurement Office
  Street Address: 7474 S. Camino De Oeste
  City and County: Tucson, Pima (administration)
  State and Zip Code: AZ 85746
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

*Committed on federal land.*

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*misuse of identity to acquire Federal contracts and misuse of Federal money.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Francisco J. Valenzuela, is a citizen of the State of *(name)* Arizona.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* ~~Pascua Yaqui Tribe~~, is incorporated under the laws of the State of *(name)* ~~United States of~~ ~~America~~, and has its principal place of business in the State of *(name)* ~~Arizona~~.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* Pascua Yaqui Tribe, is a citizen of the State of *(name)* Arizona / United. Or is a citizen of *(foreign nation)* States of America

b.   If the defendant is a corporation
     The defendant, *(name)* The Pascua Yaqui Tribe, is incorporated under the laws of the State of *(name)* United States of America, and has its principal place of business in the State of *(name)* Arizona.
     Or is incorporated under the laws of *(foreign nation)* _____,
     and has its principal place of business in *(name)* _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I believe the first contract to be worth over ~~$100,000~~ $1,000,000.00.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Frank Valenzuela D.O.B 8/31/80 not to be confused with my father Frank Valenzuela (5/1/56) believe my identy has been used to fraudgently acquire federal contracts and receive federal benefits without my knowledge or consent.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am trying to get my Identity restored and resolve any issues that may have arisen from the misuse of my identy. I would also like to be awarded the contract amount of the solar projects. That were acquired through the use of my name

Page 4 of 5

As well as any punitive damages the court seems fit for all the pain and suffering my family has endured for this situation.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/22/2021

Signature of Plaintiff: *F. Valenz*

Printed Name of Plaintiff: FRANCISCO J. VALENZUELA

### B. For Attorneys

Date of signing: _____

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address

My name is Francisco J. Valenzuela D.O.B 8/31/80. I just started working recently under Erik R. Salazar DOB 8/6/80 He is also a childhood friend. Erik has a joint operating agreement with Titan Solar, 525 W. Baseline Rd. Mesa, AZ 85210. Erik has various LLC's registered with the AZ corporation commission. His joint operating agreement with Titan Solar is my understanding to be PWR America LLC. Back in the beginning of August 2021, I Francisco Valenzuela 36yrs old not to be confused with my fathers Frank B. Valenzuela (65 yrs) old as we both reside at 521 So. 6th Ave Tucson, AZ 85701. Me and Erik R. Salazar submitted a proposal for contract with the Pascua Yaqui Tribe of AZ. The contract was to install solar on 1,000 homes for there tribal members on their sovereign land (federal land) Prior to submitting the bid, myself and Erik R. Salazar went down to the procurement office in Tucson. AZ and met with "angela" who I was told was the Director of Procurement for the tribe to discuss the solar project prior to submitting Eriks the proposal for contract through Eriks joint operating agreement he constructed for us, making me 51% owner for this project. He stated in the agreement that we had $500,000

in working capitol which I am unsure to be true. After submitting the Proposal for contract we were told that we would get a response back from the tribe within a week to hear who was chosen for the contract. However after not hearing back and when I contacted "Angela" I was told that the bid was not gonna be issued for undisclosed reasons and was gonna be put on hold. I was told to contact the housing Dept. My point of contact with the housing Dept was Ernesto Jiminez. His business card stated he was the Housing Dept manager for the PYT. When I contacted him (Ernesto) he too was very vague as to why no one was awarded the contract yet. My daughter's mother and I attended the (Selena E. Coil) initial request for solar contract meeting two weeks prior to submitting the bid at the new tribal building that was recently built. I found it odd me and Selena were the only individuals besides one other company who attended the Pre Contract meeting because this contract alone was worth over a million dollars. Me and Erik continued to follow up however I was never given a response and Erik told me the same.

I also found it odd that the day prior to submitting the proposal as we were walking out the procurement office Erik received a phone call from who he said was a manager a Titan stating that another individual from Titan was gonna be allowed to bid the project as well through Titan and we would both be given the same numbers to use for the proposal and we weren't allowed to change them. Even after never receiving a response back from the first BID, I was told by Erik that Titan informed him that the PYT was gonna accept proposals for a new commercial project at their new facility. However when I went to his office on Park Ave, in Tucson. AZ to discuss the first proposal I located a copy of the second proposal which he had already submitted without my knowledge. After going through it I noticed he used all the same ~~documents~~ document with my signature from the first bid. After looking at the date on the second proposal I realized he had shown up at my mother's house 521 so. 6th AVE ~~to~~ unannounced and stated he wanted to borrow the

copy of the first proposal we had submitted which I had saved. He asked me about a week later to attend a meeting at the new facility to discuss the second bid. I was told not to talk but asked ~~wh~~ ERIK why he hadn't told me he submitted the second bid already. All he stated was that he had told me prior of the project but when I inquired as to why he hadn't ~~told~~ ME about ~~it yet that~~ it ~~had~~ being submitted there was no response. Also the Team members in the proposal were ERIK R. Salazar, Eric Arvizu, Selena E. Coll and a co/associate "micky". These members were ~~both~~ used in both proposals that I saw. Right after the submittal of the proposals my daughter Jasmine I. Valenzuela D.O.B. 9/15/2017 and her mother Selena E. Coll 9/5/1985 had relocated to C.A. at least that's what I was told, they had been gone for over 2 months till finally coming back

for Halloween weekend, Selena stated she left with my Tribal ID but I requested she mail it back for over a month however just recently received it from my mother about a week before her return (Selen/Baby) I met selena and my daughter at The Red Lion Hotel located on 22nd and The freeway in Tucson AZ. Room 156-157. I saw a CA ID in her room with 2026 saratoga AVE in Concord CA with her name Selena E. Coll. I also found online an LLC registered in the state of AZ. S+P LLC which selena is a member. It had been established in 2011 and active which however unaware of it use months ago. I asked selena about it and she stated "she was unaware of why it was open" and that she would call Paul to inquire as well. also right after she left I received letter in the mail stating there was a security breach and my personal info had been stolen However I knew this to be true as I tried apply for P.U.A beneifits in October 2000 and was told someone used my Identy in March 2000 already to apply for benefits. I called the P.U.A fraud hotline numerous times but have never resolved

I believe my identity has been stolen to obtain contract and my family have (Federal) been the victims of identity theft in an aggravated manner, I also believe that our home my mothers at 521 So. 6⁴ AVE which we have not returned too for over a month is being used as an illegal enterprise without my fathers or mothers or sisters Renee C Valenzuela DOB 4/26/1984. permission or forced under duress to use their information for the percuniary gains of others wheather it be a single individual or organization.

    Thank you,

    Francisco Valenzuela

    F. Val—

12/     
/21