IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco J. Valenzuela, | No. CV 21-476-TUC-JAS (MSA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Pasqua Yaqui Tribe of Arizona, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Aguilera. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence. The Court has reviewed the record and concludes that Magistrate Judge Aguilera's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). Accordingly, IT IS HEREBY ORDERED as follows: (1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 11) is accepted and adopted; (2) This case is dismissed and the Clerk of the Court shall enter judgment and close the file in this case.

Dated this 14th day of December, 2022.

Honorable James A. Soto
United States District Judge